UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re:                                                Case No. 13-71623-FJS
SEAN C. MARSDEN                                       Chapter 7
HEATHER A. MARSDEN

    Debtors

## MOTION TO COMPEL TURNOVER OF PROPERTY OF THE ESTATE

    Comes now Carolyn L. Camardo, Chapter 7 trustee ("Trustee") for the estate of SEAN C. MARSDEN and HEATHER A. MARSDEN, ("Debtors") and moves this Honorable Court to compel the Debtors to turnover property of the estate and in support thereof states as follows:

    1. SEAN C. MARSDEN and HEATHER A. MARSDEN, ("Debtors") filed a voluntary Chapter 13 petition on April 29, 2013 and it was converted to one under Chapter 7 on November 13, 2013.

    2. Carolyn L. Camardo was appointed as interim trustee in this chapter 7 case and continues to serve in that capacity.

    3. Among the assets of the estate is a National Life Group Insurance policy #xxxx3713 with non-exempt equity in the amount of $3,744.95 at the time of the Chapter 13 filing (the "Life Insurance policy").

    4. The cash surrender value of the policy on April 9, 2013 was $8,744.95. The Debtor has exempted $5,000 on his timely recorded homestead deed. A copy of the cash surrender value statement is attached hereto as exhibit A.

Carolyn L Camardo, Trustee VSB #23814
5101 Cleveland Street, Suite 200
Virginia Beach, VA 23462
(757) 490-2200

5. At the 341 Meeting of Creditors held on December 10, 2013, the Debtor testified that he called the insurance company prior to conversion to Chapter 7 and they told him on the phone that the policy was currently worth approximately $9,760.00. The Trustee asked the Debtor to provide a copy of the current cash value statement, but to date has not received one.

6. Pursuant to her statutory duty to liquidate property of the estate pursuant to 11 U.S.C. §704, the Trustee has made demand for turnover of the non-exempt equity in the Life Insurance policy. Until the Trustee receives a current cash value statement, the exact amount cannot be determined.

7. The Debtor has not yet turned over the equity in the Life Insurance Policy.

WHEREFORE, Carolyn L. Camardo, Trustee, moves this Court for an order compelling the Debtor to turnover a current cash surrender value statement and the non-exempt equity in the Life Insurance Policy and for such other and further relief as is just under the circumstances.

*Carolyn L. Camardo*
Carolyn L. Camardo, Trustee


National Life Group®

Welcome    My Personal Information    My Portfolio    Service Forms

Coverage | Values | Payments | Statements | Summary

Contract Number ▬▬3713
Owner
SEAN MARSDEN

Address
1504 GLENMONT CT
VIRGINIA BEACH, VA  23464-8632

Insured                  SEAN MARS
Servicing Representative
DAVID M JACKSON

Agency / Broker Dealer
VIRGINIA

Values   Effective Date  04/09/2013
Accumulated
Value
$9,485.85

Surrender
Penalty
$740.90

Cash Surrender
Value
$8,744.95

Fund Values

Fund Manager
SENTINEL
SENTINEL
AMERICAN CENTURY
FIDELITY

SubAccount Name
VPT COMMON STOCK
VPT SMALL COMPANY
VP VALUE
VIP INDEX 500

Portfolio Rebalancing
Date of Next
Portfolio Rebalancing
05/07/2013

Frequency of
Portfolio Rebalancing
SEMI-ANNUAL

Loan Information

Value Available*
for a Cash Loan
$8,639.62

Loan
Interest Rate
6.000%

All values are as of the effective date shown and do not include any pending transactions.

The values for your variable contract are as of the close of business
on the last date that the New York Stock Exchange was open for business.

National Life Group® is a trade name of National Life Insurance Company (NLIC) and its affiliates.
National Life Variable Contracts distributed by Equity Services, Inc., Member FINRA/SIPC, Broker/Dealer Affil
Centralized Mailing Address: One National Life Drive, Montpelier, VT 05604 | www.NationalLifeGroup.

Exhibit A


National Life Group®

Welcome   My Personal Information   My Portfolio   Service Forms

Coverage | Values | Payments | Statements | Summary

Contract Number ####3713
Owner
SEAN MARSDEN

Address
1504 GLENMONT CT
VIRGINIA BEACH, VA  23464-8632

Insured                        SEAN MAR
Servicing Representative
DAVID M JACKSON

Agency / Broker Dealer

VIRGINIA

Coverage Information  Effective Date  4/10/2013
Type of Contract
Variable Universal Life

Net Death Benefit
$250,000.00

Issue Date
11/07/2002

Variable Product Features

Phone Privilege          Limited Power          Dollar Cost
Yes                      of Attorney            Averaging
                         No                     No

Relationship Information
Relationship                                    Name
Owner                                           SEAN MARSDEN
Insured                                         SEAN MARSDEN

The Net Death Benefit for your contract is as of the close of business
on the last date that the New York Stock Exchange was open for business.
All other information is as of the current date and does not include any pending transactions.

National Life Group® is a trade name of National Life Insurance Company (NLIC) and its affiliates
National Life Variable Contracts distributed by Equity Services, Inc., Member FINRA/SIPC, Broker/Dealer Af
Centralized Mailing Address: One National Life Drive, Montpelier, VT 05604 | www.NationalLifeGroup

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion to Compel Turnover was served by first class mail postage prepaid or via the Electronic Case Filing (ECF) system, as appropriate and as indicated on the following parties this January 8, 2014:

Office of the United States Trustee*
Federal Building, Room 625
200 Granby Street
Norfolk, Virginia 23510
[USTPRegion04.NO.ECF@usdoj.com]

Seth A. Schoenfeld*
Tidewater Law Group
468 Investors Place, Suite 202
Virginia Beach, VA 23452
[sas74a@aol.com]

Sean Marsden and
Heather Marsden
1504 Glenmont Court
Virginia Beach, VA 23464

/s/ Carolyn L. Camardo
Carolyn L. Camardo

[* Indicates service by ECF or e-mail. All others served by First Class U.S. Mail, postage prepaid.]

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| In re: | ) |
| SEAN C. MARSDEN | ) Case No 13-71623-FJS |
| HEATHER A. MARSDEN | ) Chapter 7 |
|     Debtors | ) |
| | ) |
| Address: 1504 Glenmont Court | ) |
|     Virginia Beach, VA 23464 | ) |
| Last four digits of Social Security: XXX-XX-5507 | ) |
|     XXX-XX-0358 | ) |

### NOTICE OF MOTION TO COMPEL DEBTOR TO TURNOVER PROPERTY

**PLEASE TAKE NOTICE THAT**, Carolyn L. Camardo, Chapter 7 trustee ("Trustee") of the estate of SEAN C. MARSDEN and HEATHER A. MARSDEN, ("Debtors"), filed a Motion to Compel Turnover of Property pursuant to 11 U.S.C. § 542 ("Motion"), requesting an order compelling the Debtors to turnover certain documents and non-exempt assets.

**Your rights may be affected. You should read the Motion carefully and discuss it with our attorney. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested in the Motion, then you or your attorney must attend a hearing to be scheduled at a later date. You will receive a separate notice of hearing.

Under Local Rule 9013-1, unless a written objection to the Motion is filed with and received by the Clerk of the Bankruptcy Court, U.S. Bankruptcy Court, Room 400, Walter B. Hoffman Courthouse, 600 Granby Street, Norfolk, VA 23510, and received by Carolyn L. Camardo, Trustee, 5101 Cleveland Street, Suite 200. Virginia Beach, VA., **on or before seven (7) days before the scheduled hearing date,** the Court may deem any opposition waived, treat the Motion as conceded, and enter an order granting the requested relief without further notice or hearing.

Dated: January 8, 2014

                                                                                                                      */s/ Carolyn L. Camardo*
                                                                                                                    Carolyn L. Camardo, Trustee

Carolyn L Camardo, Trustee –VSB # 23814
5101 Cleveland Street, Suite C
Virginia Beach, VA 23462
(757) 490-2200

## CERTIFICATE OF SERVICE

      I certify that a true copy of the foregoing Notice of Motion to Compel Turnover of Property of the Estate was served by first class mail postage prepaid or via the Electronic Case Filing (ECF) system, as appropriate and as indicated on the following parties this January 8, 2014:

Office of the United States Trustee*
Federal Building, Room 625
200 Granby Street
Norfolk, Virginia 23510
[USTPRegion04.NO.ECF@usdoj.com]

Seth A. Schoenfeld*
Tidewater Law Group
468 Investors Place, Suite 202
Virginia Beach, VA  23452
[sas74a@aol.com]

Sean Marsden and
Heather Marsden
1504 Glenmont Court
Virginia Beach, VA  23464

                                                        /s/ Carolyn L. Camardo
                                                        Carolyn L. Camardo, Trustee

[* Indicates service by ECF or e-mail.  All others served by First Class U.S. Mail, postage prepaid.]

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re:  
SEAN C. MARSDEN  
HEATHER A. MARSDEN  

Case No. 13-71623-FJS  
Chapter 7

Debtors

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT Carolyn L. Camardo, Chapter 7 Trustee ("Trustee") of the estate of SEAN C. MARSDEN and HEATHER A. MARSDEN ("Debtors"), filed a Motion to Compel Turnover of Property of the Estate (the "Motion").

**Your rights may be affected. You should read the Motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief requested in the Motion then you or your attorney must attend a hearing to be held on **February 11, 2014 at 10:00 AM** at Judge Santoro's Courtroom, 600 Granby Street, 4th Floor, Courtroom 2, Norfolk, Virginia.

Under Local Rule 9013-1, unless a written objection to the Motion is filed with and received by the Clerk of the Bankruptcy Court, U.S. Bankruptcy Court, 600 Granby Street, Room 400, Norfolk, VA 23510, and received by Carolyn L. Camardo, Trustee, 5101 Cleveland Street, Suite 200, Virginia Beach, VA 23462, on or before seven (7) days before the scheduled hearing date, the Court may deem any opposition waived, treat the Application as conceded, and enter an order granting the requested relief without further notice or hearing.

Dated: January 8, 2014

*Carolyn L. Camardo*
Carolyn L. Camardo, Trustee

Carolyn L. Camardo, Trustee VSB#23814  
5101 Cleveland Street, Suite 200  
Virginia Beach, Virginia 23462  
(757) 490-2200  
(757) 490-0280 facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing Notice of Hearing was served first-class mail postage prepaid or via the Electronic Case Filing (ECF)* or by e-mail* on January 8, 2014, to the following:

Office of the United States Trustee*
Federal Building, Room 625
200 Granby Street
Norfolk, Virginia 23510
[USTPRegion04.NO.ECF@usdoj.com]

Seth A. Schoenfeld*
Tidewater Law Group
468 Investors Place, Suite 202
Virginia Beach, VA  23452
[sas74a@aol.com]

Sean Marsden and
Heather Marsden
1504 Glenmont Court
Virginia Beach, VA  23464

                                                /s/ Carolyn L. Camardo
                                                Carolyn L. Camardo

[* Indicates service by ECF or e-mail.  All others served by First Class U.S. Mail, postage prepaid.]